UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CURTIS S.,

    Plaintiff,                       No. 22-11799

v.                                  Honorable Nancy G. Edmunds
                                      Magistrate Judge Elizabeth A. Stafford

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

## JUDGMENT

In accordance with the Court's order granting Defendant's motion for summary judgment entered this date,

**IT IS ORDERED AND ADJUDGED** that judgment is hereby **GRANTED** in favor of Defendant and this case is **DISMISSED**.

SO ORDERED.

                                   s/Nancy G. Edmunds
                                   Nancy G. Edmunds
                                   United States District Judge

Dated: April 26, 2023

I hereby certify that a copy of the foregoing document was served upon counsel of record on April 26, 2023, by electronic and/or ordinary mail.

                                   s/Lisa Bartlett
                                   Case Manager